


FILED MAR 26 2012 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

:C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-FLAG.

IN THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT** WITNIN THIS **UNITED-STATES-DISTRICT-COURT-BUILDING** IN THE **CALIFORNIA-TERRITORY** FOR THIS **QUO-WARRANTO-COMPLAINT-DOCUMENT**:

:Mehran: Abazary of the [MEHRAN: AFAZARY][6062-SOIEDAD-MOUNTAIN-ROAD,-~LaJOLLA,-~CALIFORNIA-~92037]
:Alvin-Ruis: Pates's of the [ALVIN-RUIS: PATES][~1611-South-Melrose-Drive,-~A-336,-~VISTA,-~CALIFORNIA-~92081]
:Atef: Afkarian of the [ATEF: AFKARIAN] [~8300-~Station-Village-Lane-~#3,-~San-Diego,-~CALIFORNIA-~92108]
:David-Wynn: Miller, FEDERAL-JUDGE, POSTMASTER With the KNOWLEDGE of he CORRECT-PARSE-SYNTAX-GRAMMAR of the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENTS. [~5166-~NORTH-~63,-~MILWAUKEE,-~WI.-~53218]
:CLAIMANTS-PLAINTIFF: :CONTEST-VS: **ANDERSEN, HILBERT & PARKER, David M. Parker,**[Esq.SBN-211078] **Corinna S. Arbiter,**[Esq-SBN-273074][~12~COLUMBIA-STREET,-~SUITE-~1050,-~SAN-DIEGO,-~CALIFORNIA-~92101] attorneys for the **Poorang Hasbemi, Noorjahan Hashemi, DEUTSCHE BANK NATIONAL TRUST COMPANY,** as the **TRUSTEE** of the **INDYMAC INDX MORTGAGE TRUST-~2007-AR7; MORTGAGE PASS-THROUGH-CERTIFICATE-SERIES-2007-AR7** under the **POOLING and SERVICING AGREEMENT-DATED-SEPTEMBER~1, 2007** :VASSALEE-DEFENDANT:

:CORPORATION-CASE-NUMBER-~ FOR THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR OF THIS QUO-WARRANTO-COMPLAINT-DOCUMENT ARE WITH THE DAMAGE-CLAIM AGAINST THE VASSALEE-DEFENDENTS'-PUBLICATIONS BY THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT-BONDED-EVIDENCE AGAINST THE CLAIMANTS: Alvin: Pates, Atef: Afkarian and: Mehran: Abazary-KNOWLEDGE **OF** THE VASSALEES'-DAMAGING-EVIDENCE-DOCUMENTS **ARE** WITH THE **DAMAGES: FRAUDULENT-LANGUAGE: TITLE-~18: D.-C.-C.-S.-~1001; CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241; DEPRIVATION: TITLE-~18: D.-C.-C.-S.-~242; PERJURY: TITLE-~18: D.-C.-C.-S.-~1621; FRAUDULENT-PARSE-SYNTAX-GRAMMAR of these FALSE and: MISLEADING-STATMENTS: TITLE-~15: D.-C.-C.-S.-~1692-e,** with the PENALTY-FINES **TITLE-~15: D.-C.-C.-S.-~78-~ff**[$25-Million],AND:THREE-TIMES-DAMAGES-CLAIMS **BY THE CLAYTON-ACT(1914).**

**12CV0720 JLS BLM**

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-DOCUMENT:
:**VASSALEE-(WORD-MEANING) VASSAL**=SERVANT OF THIS DOCUMENT-CONTRACT, **EE**=PLOYEE.
:**C.-S.-S.-C.-P.-S.-G.**= :**CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.**
:**D.-C.-C.-R.** = FOR THE **DOCUMENT-CONTRACT-CLAIM-RULES** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:**D.-C.-C.-S.** = FOR THE **DOCUMENT-CONTRACT-CLAIMS-SECTION** = FOR THE PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WORD-CORRECTIONS OF THE FRAUDULENT-SYNTAX-GRAMMAR-*UNITED STATES TITLES* and: *UNITED STATES CODES* **ARE** WITH THE SYNTAX-GRAMMAR-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:**DOCUMENT-VESSEL** = FOR THE **COURT-DOCKETING** OF A DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS **ARE** WITH THE CORPORATION-CLAIM OF THE JOINING-TWO-OR MORE-PERSONS WITH THE COURT-DOCUMENT-STAMP BY THE COURT-CLERK
:**DOCUMENT-STATE** = FOR THE CORPORATION OF THE TWO-OR-MORE-PERSONS **ARE** WITH THE PORTING-CLAIM WITHIN A COURT-PORT-CLERK BY THE DOCUMENT-VESSEL.
:**NOW-TIME-TENSE** = :**C.-S.-S.-C.-P.-S.-G.**
:**CONJUNCTION: and:** = ALSO, COMMAND, **OR** = OPTION, EITHER.
:**F.-S.-G.** = FOR THE **FRAUDULENT-SYNTAX-GRAMMAR.**
:**FRAUDULENT** = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION,* APARTHEID, *ILLUSION,* MISTIC, PHANTOM, FRAUD and: *MISLEADING.*
:**LODIAL** =[ARTICLE] FOR THE **SPECIFIC** = A, AN, THE, THIS, THESE.
:**POSITION** = FOR, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH THRU, EITHER, INTO.[PREPOSITION]
:**VASSALEE** = FOR THE **SERVANT**-EMPLOYEE OF THIS DOCUMENT-CONTRACT-COMPLAINT-VESSEL.
:**VERB** = FOR THE THINKING-MOTION OF THE KNOWLEDGE = **IS** = SINGULAR, **ARE** = PLURAL.
:**VESSEL** = FOR THE MARITIME :ORIGINAL-LOCATION.
:**VOLITION** = FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE POSITION OF THE C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-DOCUMENTS.
:**VERB-SYNTAX: IS**=SINGULAR-SYNTAX-TENSE, **ARE**=PLURAL-SYNTAX-TENSE, THINKING-MOTION.
:**FRAUD:** FRAUDULENT, FICTION, FRAUDULENT, LIE, PERJURY, FALSE, *MISLEADING.*

For this Copyright-Copyclaim-Date-~16~MARCH~2012, by this Federal-Judge: David-Wynn: Miller of this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT and: Claimants-Titled-Herein.

1

**FOR** THE **TITLE-~28: D.-C.-C.-S.-~1331** OF THE CONTRACT-CLERK'S-DUTIES **ARE** WITH THE DOCKETING-PAPER-VESSEL-VENUE-JURISDICTION-TITLE-NAME: **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT**, WITH THE CAUSE-CLAIM: QUO-WARRANTO-COMPLAINT WITH THIS CORPORATION-CASE-NUMBER: _____, OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-DOCUMENT-COURT WITH AN AUTHORITY: **TITLE-~28: D.-C.-C.-S.-~1361** OF THE **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT-CONTRACT-POSTAL-VESSEL-DOCUMENT-COURT-CLERK BY THIS CONTRACT-DOCKETING-FEE-PAID: $350.00, WITH THE SEAL OF THIS CLERK ON THE SUMMONS WITH THE CORRISPONDENCE-BACK TO THE COURT-CLERK WITHIN THE CONTRACT-CONSTITUTIONAL-TERM-CONTRACT. **FOR** THE FAILURE OF THE **C.-S.-S.-C.-P.-S.-G.**-CORRISPONDENCE-BACK WITHIN THE TWENTY-ONE-DAYS-TIME-GRACE-LIMIT AND WITH THE THREE-DAY-MAIL-GRACE-TIME OR: WITH THE TERMINATION OF AN [AP]POINT[ED]-JUDGE BY THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT-CLERK**. **FOR** THE FAILURE OF THE **C.-S.-S.-C.-P.-S.-G.**-CORRISPONDENCE **IS** WITH THE CONTRACT-CLAIM-FAULT-COMMANDING-JUDGE OF THE CLERK AS THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT-JUDGESHIP WITH THE NOW-TIME-FAULT-CONTRACT-DUTY-ELECTION AS THE POSTMASTER-BANKER-JUDGE WITHIN THIS EQUITY-CONTRACT-AUTHORITY AS THIS HEREIN-NOW-TIME-FEDERAL-JUDGESHIP WITH THIS CONTRACT-HEREIN-AUTHORITY AND: CONTRACT-HEREIN-POWERS OF THE **C.-S.-S.-C.-P.-S.-G.**-CORRISPONDENCE BY THIS CONTRACT-AUTHORITY OF THIS CONTRACT-CHIEF-FEDERAL-JUDGE: David-Wynn: Miller OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT WITH THE **C.-S.-S.-C.-P.-S.-G.**-CORRISPONDENCE-OATH WITHIN THE FILE-STAMP AND WITH THE **FEDERAL-JUDGE'S-OATH-FEES-PAID: $47.00** OF THE SAN-DIEGO-CALIFORNIA-FEDERAL-DISTRICT-COURT: FEDERAL-JUDGE-OATH: MC 12-00045.

**FOR THIS CONSTITUTIONAL-DOCUMENT OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT'S-LOCAL-RULES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT-COMPLAINT BY THE CONTRACT-VASSALEES:**

**:DOCUMENT-CLAIM-~1**: FOR THE **C.-S.-S.-C.-P.-S.-G.** OF THE CORRECT-SYNTAX-FACTS **ARE** WITH THE FACT-AS-FACT-CLAIM BY THE **C.-S.-S.-C.-P.-S.-G.-DOCUMENT-VESSEL**.

**:DOCUMENT-CLAIM-~2**: FOR THE JUDGE'S-JUDGEMENT OF THE FACTS **ARE** WITH THE **C.-S.-S.-C.-S.-L**-CLAIMS OF THE CORRECT-SYNTAX-FACTS WITH THE NOW-TIME-CONTINUANCE-EVIDENCE BY THE DOCUMENT-COURT-PERSONS.

**:DOCUMENT-CLAIM-~3**: FOR THE CLAIMANTS OF THE CORRECT-FACTS **ARE** WITH THE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING WITH THE GRIEVANCES IN A **C.-S.-S.-C.-P.-S.-G.**-ORIGINAL-JURISDICTION-COURT.

**:DOCUMENT-CLAIM-~4**: FOR THIS CORPORATION-CASE OF THIS COURT-VESSEL-DOCUMENT **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.**-CLAIMS BY THE PERSON'S-FACTUAL-VOLITION.

**:DOCUMENT-CLAIM-~5**: FOR THIS COURT-CONSTITUTION OF THE FACTS **ARE** WITH THE CLAIMS BY THE PERSON'S-**C.-S.-S.-C.-P.-S.-G.**-KNOWLEDGE.

**:DOCUMENT-CLAIM-~6**: FOR THE CLAIM OF A **C.-S.-S.-C.-P.-S.-G.**-CAPTURE-WARRANT OR: **C.-S.-S.-C.-P.-S.-G.**-SEARCH-WARRANT **IS** WITH AN AUTOGRAPH OF THE JUDGE WITH THE **C.-S.-S.-C.-P.-S.-G.**-OATH BY THE **C.-S.-S.-C.-P.-S.-G.**-AUTHORITY-DUTY.

**:DOCUMENT-CLAIM-~7**: FOR THE WITNESSING OF A WITNESS'S-TESTIMONY **IS** WITH THE **C.-S.-S.-C.-P.-S.-G.**-CLAIM BY THE WITNESSING-PERSONAL-SELF.

**:DOCUMENT-CLAIM-~8**: FOR THE WITNESS'S-KNOWLEDGE OF THE CORRECT-SYNTAX-FACTS **ARE** WITH THE CLAIMS OF THE WITNESSES, COUNSELS and: EVIDENCE-FACTS.

**:DOCUMENT-CLAIM-~9**: FOR THE TWELVE-(12)PERSON-JURY'S-KNOWLEDGE BY THE **C.-S.-S.-C.-P.-S.-G.**-CLAIMS **ARE** WITH THE CLAIMS BY THE CORRECT-SYNTAX-TRIAL.

**:DOCUMENT-CLAIM-~10**: FOR THE TERMS OF A CONVICTION-PERSON'S-PUNISHMENT **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.**-CLAIMS OF THE BAIL-TERM-CONDITIONS, FINANCIAL-TERM-FINES and:/OR: JAILING-TERMS WITH THIS **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT-COURT.

**:DOCUMENT-CLAIM-~11**: FOR THE COURT-DOCUMENT-FIDUCIARIES OF THE FACTS **ARE** WITH THE DUTY-CLAIM OR: ELECTION-CLAIM BY A **C.-S.-S.-C.-P.-S.-G.**-OATH WITH THIS CORPORATION-DOCUMENT BY THE **C.-S.-S.-C.-P.-S.-G.**.

**:DOCUMENT-CLAIM-~12**: FOR THIS VESSEL-DOCUMENT OF THE DOCUMENT-CONTRACT-PERSONS-HEREIN **ARE** WITH THE CLOSURE-CLAIM OF THE VOLITION WITH THE DOCUMENT, CONSTITUTION, TREATY, CO-OPERATION, DOCUMENT-CONTRACT-POSTAL-VESSEL-STATES-CORPORATION, COMPACT, and: PERSONS'-**C.-S.-S.-C.-P.-S.-G.**-TRUST-DOCUMENTS.

**:DOCUMENT-CLAIM-~13:** FOR THE JUDGE'S-KNOWLEDGE OF THESE PAID-DOCKETING and: FILING OF THE QUO-WARRANTO-COMPLAINT and WITH THESE CONSTITUIONAL-TERMS **ARE** WITH THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK-CLAIM OF THE **FOURTY-FIVE-DAY-TRUST-LAW-FAULT-JUDGEMENT** AFTER THE FAILURE OF THE **TWENTY-ONE-DAY-CORRESPONDENCE-BACK WITHIN THE** DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK S'-OFFICE WITH THE **C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE** BY THE VASSALEES WITH THE THREE-DAY-GRACE-RECISSION-TIME-LIMIT-PERIOD and WITH THE TWENTY-ONE-DAY-**CORRESPONDENCE-BACK BY THE** UNITED-STATES-DISTRICT-COURT-BUILDINGS-APPOINTMENT WITH A C.-S.-S.-C.-P.-S.-G.-JUDGE'S-OATH BY THE C.-S.-S.-C.-P.-S.-G.-JUDGE'S-KNOWLEDGE WITH THIS C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE.

**FOR THE CAUSES OF THIS QUO-WARRANTO-COMPLAIMT**
~1 FOR THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS OF THESE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-COURT-DOCUMENTS **ARE** WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DAMAGE-CLAIMS OF THE VASSALEE'S-WRONG-WORD-COMMUNICATION-EVIDENCE-HEREIN-BONDED WITH THE THREE-**TIMES-EQUITY-DAMAGES** OF THE $75,000.00-PER-HOUR WITH THE **CLAYTON-ANTITRUST-ACT(1914)** OF THE FREEDON-LOSS WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-FALSE-ARREST BY THE CLAIMANTS'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE.
~2 FOR THIS PLENIPOTENTIARY-JUDGE'S-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-EVIDENCE-FACTS **ARE** WITH THE CORRECT-VOLITION-CLAIM OF THIS SUMMARY-CORRECTION-AUTHORITY: **TITLE-~42: D.-C.-C.-S.-~1986** AGAINST THE WRONG-PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS WITH THE VASSALEE'S-DOCUMENT-WRITTEN-EVIDENCE and: WITH THE VASSALEES'-ACTING-TOGETHER BY THE VASSALEES'-JOINING-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCMENTS.
~3 FOR THESE CLAIMANTS: **Alvin: Pates, Atef: Afkarian and: Mehran: Abazary** OF THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE-PLEADING-CLAIMS BY THE FACTS WITH THESE VASSALEES.
~4 FOR THE VASSALEE'S-WRITTEN-VOLITIONS OF THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-BONDED-DOCUMENTS **ARE** WITH THE PHYSICAL-FRAUD-SYNTAX-GRAMMAR-STATEMENT-EVIDENCE-DAMAGE-CLAIMS OF THE TITLE-~**42: D.-C.-C.-S.-~1986** WITH THE KNOWLEDGE OF THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT AND WITH THE CORRECTION-AUTHORITY AGAINST THE FRAUDULENT-SYNTAX-GRAMMAR BY THESE VASSALEES.
~5 FOR THE CLAIMANTS'-DOCUMENTS OF THE C.-S.-S.-C.-P.-S.-G. **ARE** WITH THE NOW-TIME-FACTS OF THE POSITIONAL-LODIAL-FACT-PHRASES, LODIAL[(ARTICLE)] and: VERBS: **IS=SINGLAR,** and: **ARE=PLURAL,** WITH THE SINGLE-IDEA-NOW-TIME-CONTENT-SENTENCE-STRUCTURE OF THE FACTS WITH THE DOCUMENT-CONTRACT-POSTAL-VESSSEL-COURT BY THE CLAIMANTS'-DOCUMENT-CLOSURE-VOLITION-KNOWLEDGE.
~6 FOR THIS CLAIMANTS'-KNOWLEDGE OF THE **TITLE-~42: D.-C.-C.-S.-~1986** WITH THE STOPPING OF THE FRAUDULENT-SYNTAX-GRAMMAR-INDICTMENT-EVIDENCE WITH THE VASSALEE-ATTORNEYS-FRAUDULENT-SYNTAX-GRAMMAR **ARE** WITH THE CORRECTION-HELPING-CLAIM OF THE LAWS, RULES, REGULATION, CODES and: MISLEADING-STATEMENTS WITH THE TITLE-~31: D.-C.-C.-S.-3729-THROUGH-3733:'FALSE-CLAIMS-ANTITRUST-ACT' WITH THE CORRECTION-SYNTAX-GRAMMAR-IDENTIFICATION-NUMBERING-KEY-CODE OF THE PARSE-SYNTAX-GRAMMAR-CORRECT-WORD-IDENTIFICATION. FOR THE VOIDING OF THE PERJURY, FRAUD and: MISLEADING-STATEMENTS, GUESSING, LYING, OPINIONS, ASSUMPTIONS, PRESUMPTIONS and: OBSTRUCTION-LAWS, CODES, REGULATIONS, RULES and: ORDINANCES **ARE** WITHIN THE DAMAGE-CLAIMS BY THE VASSALEE'S-EVIDENCE.
~7 FOR THE C.-S.-S.-C.-P.-S.-G. OF THE SALVAGE-CLAIM: **TITLE-~46: D.-C.-C.-S.-~781 IS** WITH AN ORIGINAL-AUTHORITY-JURISDICTION-CLAIM OF THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-EVIDENCE** WITHIN THE FRAUDULENT-COMMUNICATION-CLOSURE-EVIDENCE-DOCUMENTS BY THESE HEREIN-TITLE-CLAIMANTS.
~8 FOR THE CLAIMANTS'-KNOWLEDGE OF THE CLAIMANTS'-FACTUAL-EVIDENCE OF THE FRAUD-SYNTAX-GRAMMAR-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIM OF AN ORIGINAL-JURISDICTION-TERRITORY WITH THE SYNTAX-GRAMMAR-CORRECTIONS BY THE C.-S.-S.-C.-P.-S.-G.-CORPORATION-CASE-VESSEL.

For this Copyright-Copyclaim-Date-~16~MARCH~2012, by this Federal-Judge: David-Wynn: Miller of this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT and: Claimants-Titled-Herein.

~9 FOR THE **PREFIX-FUTURE-TIME: "TO", "PRE"** and: **SUFFIX-PAST-TIME: "ED", "FROM"** **IS** WITH THE VIOLATION OF A NOW-TIME-CLAIM.
~10 FOR THE WORDS OF AN ADVERB-MODIFICATIONS **ARE** WITH AN USE OF THE SINGLE-[PRE]POSITION and: SINGLE-LODIAL-[ARTICLE] WITH THE POSITION AS AN ADVERB WITH THE VOID OF THE POSITIONAL-LODIAL-FACT-PHRASE WITH THE **SINGLE-WORD-MODIFIER** AS THE: **A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, I, IN, JUST, OF, OVER, HAS, HIS, HER, HOW, IT, JUST, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR**, INTO WITH THE VERB-FRAUDULENT-LAW and:/OR: VERB-FRAUDULENT-FACT BY THE VASSALEES.
~11 FOR THE CLOSURE-FRAUD OF THE VASSALEE'S-WRONG-WORD-MEANINGS **ARE** WITH THE CLOSURE-FRAUD OF THE SENTENCE-STRUCTURES WITH THE VIOLATIONS-CLAIMS OF THE TITLE-~18: D.-C.-C.-S.-~1001: FRAUDULENT-PARSE-SYNTAX-GRAMMAR and: TITLE-~15: D.-C.-C.-S.-~1692-~E WITH THE FALSE-WRITINGS and: MISLEADING-STATEMENTS OF THE FRAUD-PENALTY-FEE: TITLE-~15: D.-C.-C.-S.-~78-~ff($25-MILLION-DOLLARS-PENALTY-FINES) BY THE VASSALEES.
~12 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE VOLITION-PERJURY and: ILL-WILLS WITH THE **TITLE-~18: D.-C.-C.-S.-~1621** OF THE FRAUDS and: PERJURY OF AN OATHS, FRAUDULENT-JUDGEMENTS, NOTIONS and: MOTIONS WITH THIS LOSS OF THE FICTIONAL-SYNTAX-GRAMMAR-VENUE-JURISDICTION WITH THE ACTING, TAKING and: [PR]ACTICING OR: CONDUCTING-CRIMINAL-CLAIMS BY EACH VASSALEE, JUDGE, ATTORNEY, and LAWYER OR: PERSON BY THE VASSALEES.
~13 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CORRECTIONS WITH THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT OF THE CALIFORNIA-FEDERAL-TERRITORY-JUDGE.
~14 FOR THE SENTENCE-STRUCTURES-VIOLATIONS OF THE VASSALEES-PLEADINGS **ARE** WITH THE PRESUMPTIONS, ASSUMPTIONS, OPINIONS, APARTHEID and: MODIFICATIONS OF THE WORDS WITH THE POSITION WITHIN AN ORIGINAL-FRAUDULENT-DOCUMENT-COURT.
~15 FOR THE BREACH OF THE CLAIMS OF THE CORPORATION-CASE-~CD230121; DA NO.ACV370, **ARE** WITH THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT OF THE CLAIMANTS'-AUTHORITY WITH THE **TITLE-~42: D.-C.-C.-S.-~1986** OF THE CLAIMANTS'-SYNTAX-GRAMMAR-CORRECTIONS.
~16 FOR AN IDEA, ONE-THOUGHT and: ONE-AUTHORITY-JURISDICTION WITH THE ONE-NOW-TENSE-TIME **ARE** WITH THE PLEADING-CLAIMS OF THE DOCUMENT-COURT-CORPORATION WITH THE SUMMARY-CORRECTION BY THE JUDGE.
~17 FOR THE FACTUAL-EVIDENCE OF THE VASSALEE'S-WRITINGS-SKILLS **IS** WITH THE DAMAGE-CLAIMS OF THE VASSALEES'-DOCUMENTS WITH THE FRAUD-SYNTAX-GRAMMAR-WRITING-LAW-TESTS and: VOID OF THE C.-S.-S.-C.-P.-S.-G.-SKILLS WITH THE READING OR: WRITING-DAMAGE WITH THIS C.-S.-S.-C.-P.-S.-G.-CORPORATION-CASE.
~18 FOR THE NEGATIVE-WORD-VOLITIONS: **PREFIX-WORDS, NOT, WITHOUT, NO**, OF THE VASSALEES **ARE** WITH THE DAMAGE-CLAIM AS THE MODIFICATIONS-VOLITION WITH THE VACATING-CLAIMS OF THE CORRECT-NOTIFICATIONS WITH THE VASSALEES and: CLAIMANTS.
~19 FOR THE SYNTAX-GRAMMAR-FRAUD OF THE PRONOUNS and: NOUN-VERBS = GERUND-NOUNS **ARE** WITH THE MODIFICATION and: OPINION-CLAIMS OF AN ADJECTIVE-PRONOUN-FRAUDULENT-USE-DEAD-NAME OR: PSEUDONYM WITH THE MAIL-FRAUDS OF THE TITLE-~18: D.-C.-C.-S.-~1342 WITH THE VASSALEES'-EVIDENCE WITH THE STOPPING-WRONGS and: CORRECTING-PARSE-SYNTAX-GRAMMAR-FACTS BY THE CLAIMANTS.
~20 FOR THE DOCUMENT-RULES OF THE DOCUMENT-PERSONS **ARE** WITH THE CLOSURE-CLAIM OF THE ONE-JURISDICTION-SYNTAX-GRAMMAR-RULES WITH AN AUTHORITY OF THE FACTUAL-FRAUDULENT-GRAMMAR-EVIDENCE WITH THE FRAUDULENT-GRAMMAR-FORMAT BY THE VASSALEES.
~21 FOR THE TITLE-~18: D.-C.-C.-S.-~641, FOR THE TAKING OR: STEALING OF THE GOVERNMENT-PROPERTY OR: MONEY **ARE** WITH AN ADVERB-VERB-SYNTAX-GRAMMAR-FRAUD-VOUCHER, FRAUD-SYNTAX-GRAMMAR-WORK-VOUCHER, BOXING-SYNTAX-VOID, ITALIC-SYNTAX-WORD-VACATING-STYLES-DOCUMENTS OF THE SYNTAX-GRAMMAR-FRAUD-CLAIM WITH THE CORPORATION-CASE BY THE VOUCHER-VASSALEE.

~22 FOR THE <u>FRAUDULENT-USES OF THE FACTS</u> **ARE** WITH THE <u>NEGATIVE-CLAIM</u> OF THE PREFIXES: **A, AB, AC, AD, AF, AN, DE, DIS, EM, EN, EX, I, IM, IN, MAL, MIS, NE, NO, NON, NOR, O, OB, OC, OP, OF, PRA, PRE, PRI, PRO, PRU, RE, SI, SUB, TO, UN, OR** WITH THE MODIFICATION OF THE FACT WITH AN <u>ADVERB OR: ADJECTIVE-MODIFICATION</u> OF THE **C.-S.-S.-C.-P.-S.-G.**-CLAIM WITH THE <u>TITLE--~18: D.-C.-C.-S.-~1001</u> OF THE FICTITIOUS-GRAMMAR and: FRAUD-and:-MISLEADING-STATEMENTS: **TITLE--~15: D.-C.-C.-S.-~1692--E** WITH THE <u>FACTUAL-CORRECTIONS</u> BY THIS <u>CONTRACT-TREATY-WITNESS-PLENIPOTENTIARY-JUDGE</u>.

~23 FOR THE <u>FRAUDULENT</u> and: <u>FRAUDULENT-USE OF THE SYNTAX-WORD-MODIFICATIONS</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE FACTS WITH THE <u>GERUND-VERBS, PRONOUNS OR: ADJECTIVES</u> WITH THE PARTICIPATION OF THE PERJURY WITH AN OATH OF THE <u>SAFE-GUARDING</u> WITH THE <u>DUTY</u> and: <u>KNOWLEDGE</u> OF THE PORT-COURT-MEMBERS.

~24 FOR THE <u>CLAIMANTS'-KNOWLEDGE OF THE FRAUDULENT-COMMUNICATIONS</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>TITLE-COMPANY'S-CLOSING-ATTORNEY</u> WITH THE KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G.**-SKILLS BY THE <u>FRAUDULENT-SYNTAX-DOCUMENTS</u>.

~25 FOR THE **C.-S.-S.-C.-P.-S.-G.**-<u>FRAUDULENT-EVIDENCES</u> OF THE <u>COMMUNICATION-MORTGAGE-ILLUSIONS</u> **ARE** WITH THE <u>PERJURY, BANK-FRAUD</u> and: <u>MONEY-THEFT</u> BY AN WITH THE <u>FICTION-CRIMINAL-EQUITY-DAMAGE-CLAIM</u> WITH THE PUBLICATION OF THE <u>TITLE--~15: D.-C.-C.-S.-1692--e</u> WITH THE <u>FRAUD</u> and: MISLEADING-STATEMENT-DAMAGES: <u>TITLE--~15: D.-C.-C.-S.-~78--ff</u> OF THE CRIMINAL-PENALTIES WITH THE $25-MILLION-DOLLARS BY THE <u>UNITED-STATES-ATTORNEY-GENERAL-FALSE-CLAIMS-ACT: CORRECT-SYNTAX-GRAMMAR-TITLE-~31: D.-C.-C.-S.-~3729-THROUGH-TITLE--~31: D.-C.-C.-S.-~3733</u>.

~26 FOR THE **TITLE--~42: D.-C.-C.-S.-~1985--1,** OF THE <u>TWO-OR-MORE-FRAUDULENT-FRAUDULENT-SYNTAX-FILINGS</u> **ARE** WITH THE <u>FRAUDULENT-SYNTAX-CLAIMS</u> OF THE CONSPIRACY WITH THE VASSALEES OF THE <u>CROSS-CLAIMS</u> WITH THE <u>CORPORATION-CASE</u> OF THE CRIMINAL-CODE: **TITLE--~18: D.-C.-C.-S.-~241** WITH THE <u>CONSPIRACY-DAMAGE-CLAIM</u> OF THE DOCUMENTING-VASSALEES WITH THE <u>CORPORATION-SUPPORT</u> OF THE <u>FRAUDULENT-COURT-ORDERS</u> WITH THE PARTICIPATION OF AN <u>ADVERB-VERB-SYNTAX-FRAUDULENT-GRAMMAR</u> WITH THE <u>FRAUDULENT-PLEADINGS</u> BY THE VASSALEES.

~27 FOR THE **TITLE--~42: D.-C.-C.-S.-~1985--2,** OF AN <u>OBSTRUCTION-COURT</u> **ARE** WITH THE <u>MODIFICATION-VOID-SYNTAX-GRAMMAR-LAWS</u> OF THE <u>FRAUD-WORD-MEANING</u> WITH THE <u>FRAUDULENT-WORD-TERMS</u> OD THE <u>FRAUDULENT-OPINION, MODIFICATION, *PRESUMPTION, ASSUMPTION* </u>and: *APARTHEID* WITH THE CORECION AGAINST THE CLAIMANTS WITH THE <u>FRAUDULENT-SYNTAX-GRAMMAR-ERRORS</u> BY THE VASSALEES'-**"INDICTMENT"**-DOCUMENT.

~28 FOR THE <u>CLAIMANTS'-EVIDENCE OF THE FRAUDULENT-SYNTAX-GRAMMAR-ERRORS-DOCUMENTS</u> **ARE** WITH THE <u>DAMAGE-CLAIM</u> OF THE **TITLE--~42: D.-C.-C.-S.-~1985--3,** WITH THE <u>DEPRIVATION-PLEADINGS</u> OF THE <u>FACTUAL-BANK-"INDICTMENT"-DOCUMENT</u>.

~29 FOR THE <u>DOCUMENT-COURT-CORPORATION</u> OF THE <u>DOCUMENT-AUTHORITY-JURISDICTIONAL-LAW</u> **ARE** WITH THE CLAIM OF THE <u>DOCUMENT-CONTRACT-CORPORATION-FLAG</u> WITH THE CONSTITUTION OF AN <u>OPERATIONAL-CLAIM</u> WITH THE <u>SYNTAX-IDENTIFIED-EVIDENCE</u> OF THE **C.-S.-S.-C.-P.-S.-G.**-FACT WITH THE FACTS OF THE <u>CORRECT-NOW-TIME-POSITIONAL-LODIAL-PHRASE-CLOSURE</u> WITH THE **C.-S.-S.-C.-P.-S.-G.**-DOCUMENT BY THE CLAIMANTS.

~30 FOR THE CLAIMANTS'-KNOWLEDGE OF THE <u>CLOSURE-CLAUSES</u>: DOCUMENT-CLAIMS-~26-~e: CLOSURE-PORTING **ARE** WITH THE PUBLICATION OF THE <u>D.-C.-~60--b: COVERY-EVIDENCE-FACTS</u> WITH AN AUTHORITY OF THE **TITLE--~42: D.-C.-C.-S.-~1986,** WITH THE KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G.,** WITH THE <u>FRAUDULENT-SYNTAX-MORTGAGE-DOCUMENTS BY THE VASSALEES.</u>

~31 FOR THE <u>HANDYCAP-VICTIM-PERSONS</u> OF THE <u>FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'INDICTMENT'-WRITING</u> **ARE** WITH THE <u>DISABILITY-ACT-VIOLATION-CLAIM</u> OF THE <u>HANDYCAPPING-CAUSE</u> WITH THE FOREIGN-NOTIONS and: MOTIONS BY THAT VASSALEES'-<u>CLOSURE-CONTEMPT</u>, APARTHEID, BIAS, CONTRACT-TREASON and:/OR: RAPE WITH THE <u>FRAUDULENT-SYNTAX-GRAMMAR-OPINIONS</u>, FALSIFICATION, CONCEALMENT and: COVER-UP WITH THE <u>EVIDENCE-CLAIMS</u> and: CONFESSION OF THE TRICKS and: SCHEMES WITH THE <u>VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-MEANING-DOCUMENT-PARTICIPATION-CONTINUATION BY THE VASSALEES.</u>

~32 FOR THE FALSE-CLAIMS-ACT: TITLE-~31: DOCUMENT-CONTRACT-CLAIMS-SECTION-~3729-THROUGH-~3733(PARSE-SYNTAX-GRAMMAR-CORRECTIONS:
~33 FOR THE FALSE-CLAIMS-ACT: (LINCOLN LAW); FOR THE ([AD]DITIONAL-TITLE-CITE)**TITLE-~18: DOCUMENT-CONTRACT-CLAIMS-SECTION-~641-TO-665** OF THE CORPORATION-CASE **ARE** WITH THE AN AMERICAN-LAW-CLAIM OF THE LIABILITY WITH THE PERSONS and:/OR: COMPANY OF THE FEDERAL-CONTRACTOR WITH THE COURTS and: JUDGES-WAGE-PAYMENTS BY THE PORT-AUTHORITIES OF THE UNITED-STATES OF AN AMERICA-CORPORATION-POSTAL-SERVICE WITH THE VOLITION OF THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR and: FITICIOUS-GRAMMAR: **TITLE-~18: D.-C.-C.-S.-~1001, TITLE-~15: D.-C.-C.-S.-~1692-E: FRAUD and: MISLEADING-SYNTAX-GRAMMAR-STATEMENTS**, and: **MONEY-PENALTIES: TITLE-~15: D.-C.-C.-S.-~78~FF** WITH THE FRAUDULENT-SYNTAX-GRAMMAR-COMMUNICATION-PENALTIES OF THE **MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341** WITH THE MONEY-TORT BY THE DOCUMENT-COURT-JUDGE and:/OR: BANKING-FRAUD-DOCUMENTS WITH THE **TITLE-~18: D.-C.-C.-S.-~242:** [DE]PRIVATION OF THE RIGHTS WITH THE COLORING OF THE LAWS WITH THE PUBLICATION OF THE **TITLE-~42: D.-C.-C.-S.-~1985-~1** WITH THE **CONSPIRACY** OF THE PERSONS WITH THE **TITLE-~42: D.-C.-C.-S.-~1985-~2** OF THE [**OB**]**STRUCTING** WITH THE EVIDENCE and: WITNESSES BY THE **TITLE-~18: D.-C.-C.-S.-~1001** WITH THE FRAUDULENT-MODIFICATIONS OF THE PARSE-SYNTAX-GRAMMAR-COMMUNICATION-EVIDENCE WITH THE **TITLE-~42: D.-C.-C.-S.-~1985-~3** OF THE [**DE**]**PRIVING** WITH THE WITNESSES and: EVIDENCE BY THE **TITLE-~18: D.-C.-C.-S.-~1001** WITH THE FRAUDULENT-MODIFICATION-SYNTAX-GRAMMAR-COMMUNICATIONS OF THE CAUSING WITH THE PARTICIPATION OF THE **TITLE-~18: D.-C.-C.-S.-~1961: RACKETEERING,** WITH THE **TITLE-~18: D.-C.-C.-S.-~3** OF THE PARTICIPATING-CRIME and: CRIMINAL-VIOLATIONS and: **TITLE-~18: D.-C.-C.-S.-~4: MISPRISON** OF THE FELONY WITH THE DOCUMENT-EVIDENCE-CONTRACT-POSTAL-VESSEL-COURT BY THE GOVERNMENTAL-SUPPORT-PROGRAMS and: VASSALEES.
~34 FOR THE **C.-S.-S.-C.-P.-S.-G.-UNITED-STATE-TERRITORY-ATTORNEY-GENERAL-**KNOWLEDGE OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT **ARE** WITH THE EQUITY-CLAIM OF THE DOCUMENT-EVIDENCE-AUTHORITY-FILING WITH THE THIRTY-PERCENT-ROYALTY-PORTION OF THE **C.-S.-S.-C.-P.-S.-G.-UNITED-STATE-TERRITORY-ATTORNEY-GENERAL-**COVERY-EQUITY-DAMAGES.
~35 FOR THE GOVERNMENT-SPENDING-CONTRACTS OF THE UNITED-STATES-GOVERNMENT OF AN AMERICA-CORPORATION-TREASURY(~2-~FEBRUARY-~2000) **ARE** WITH THE CLOSURE-COVERY-CLAIM OF THE UNITED-STATES-POSTAL-SERVICE-GOVERNMENT-GUISE WITH THE COVERY OF THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-CLAIMS-ACT(~2008).
~36 FOR THE **LAWS** OF THE '**QUI TAM**' **ARE** WITH THE CONTRACT-DOCUMENT-CO-OPERATION-JOINING-CLAIM OF THE CLAIMANTS'-CITIZEN-SUING WITH THE DOCUMENTION-EVIDENCE and: DOCUMENT-LAWSUIT OF THE **C.-S.-S.-C.-P.-S.-G.** WITH THE **UNITED-STATE-TERRITORY-ATTORNEY-GENERAL** and: CLAIMANTS'-EVIDENCE-PROOF OF THE CRIMINAL-VIOLATIONS and: CRIMINAL-QUANTUM-VOLITION(WITH THE PROOF OF A MATHAMATICAL-SYNTAX-GRAMMAR-COMMUNICATION-OPERATIONS WITH THE FRAUD and: CONDITION OF THE MIND) WITH THE **CONTRACT-DUTY: TITLE-~42: DOCUMENT-CONTRACT-CLAIMS-SECTION=(D.-C.-C.-S.)-~1986** OF THE KNOWLEDGE WITH THE CRIMES OF THIS **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-LAWS** WITH THE STOPPING and: CORRECTING OF THE DOCUMENT-SYNTAX-GRAMMAR-EVIDENCE-PROOF-CRIMES WITH THE **TERRITORY-STATE-ATTORNEY-GENERAL-CONTRACT-FILING-CLAIMS** BY THE GOVERNMENT-CONTRACT-AUTHORITY.
~37 FOR THE **FALSE-CLAIMS-ACT** OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT **ARE** WITH THE DAMAGE-CLAIMS OF THE CONTRACTORS WITH THE FRAUD-CONTRACT-PERFORANCES OF THE WRITTEN-CONTRACTS WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THE JUDGE.
~38 FOR THE DATE-YEAR-~OCTOBER-~27-~1986/2008 OF THE CHANGES **ARE** WITH THE **FALSE-CLAIMS-ACT: AMENDMENTS: PUBLIC-LAW-~99-562, ~STATUE-~3153**, OF THE LAWSUIT-CONSTRUCTION and: DIRECTION WITH THE CLAIMANTS'-WITTNESSING-PARSE-SYNTAX-GRAMMAR-EVIDENCE OF THE 30%-FINDERS-FEE and: WITNESSING-FEE AGAINST THE FRAUDULENT-CONTRACT-BANKING-DOCUMENTS WITH THIS CORPORATION-CASE BY THE DAMAGED-PERSONS WITH THE POSITION AS THE HOMEOWNER/HOME-CARE-TAKER.

~39 FOR AN ORIGINAL-CLAIMS OF THE FALSE-CLAIMS-ACT **ARE** WITH THE KNOWLEDGE OF THE LIABILITY-DAMAGE-CLAIM WITH THE FRAUDULENT-MONITARY-GAINS OF THE FRAUDULENT-CONTRACT-PAYMENT WITH THE FRAUDULENT-GOVERNMENT-GUISE WITH THE FALSE-EQUITY-TRANSFER-CLAIM OF THE PAYMENT-OUT OR: FINANCIAL-GAIN-IN OR WITH THE PERFORMANCE-KNOWLEDGE, OR: PERFORANCE-CLAIM BY THE FRADULENT-SYNTAX-GRAMMAR-DOCUMENTS OR: FRAUDULENT-SYNTAX-GRAMMAR-STATEMENT BY THE CLAIMING-PERSON OR: WITH THE CONTRACTING-PERSONS-CONSPIRING BY THE 'FALSE-CLAIMS-ACT' OR WITH THE FRAUDULENT-CERTIFYING OF THE TYPE, KIND, OR: AMOUNT WITH THE EQUITY[PROPERTY] OF THE CONTRACT WITH THE CERTIFYING-PARSE-SYNTAX-GRAMMAR-CONTRACT-FRAUD-KNOWLEDGE BY THE POSTAL-AUTHORITY-GOVERNMENT.

~40 FOR THE GOVERNMENTS'-POSSESSIONS OF THE EQUITY-MONEY-LOSS **ARE** WITH THE CORRECTION-CLAIM OF THE **C.-S.-S.-C.-P.-S.-G.-CONTRACT-DOCUMENTATION** WITH THE "QUI-TAM-LAWSUITS-CLAIM" OF THE VASSALEES-DEFENDANT-AUTOGRAPH-VIOLATION-LIABILITIES, RECKLESS-VOLITION WITH THIS CORPORATION-CASE OF THE **C.-S.-S.-C.-P.-S.-G.-FACTS** WITH AN EVIDENCE-STANDARD OF THE CONTRACTING-DUTY-ELEMENTS WITH THE VIOLATORS-LOST-POSITION BY THE **THREE-TIMES-MONEY-DAMAGES** and: CIVIL-FINES OF THE $5,000-THRU-THE-$10,000 WITH EACH FALSE-CLAIM and: FRAUD and: MISLEADING-STATEMENTS: TITLE--~15: DOCUMENT-CONTRACT-CLAIMS-SECTION--~1692--E, OF THE PENALTY:TITLE--~15: DOCUMENT-CONTRACT-CLAIMS-SECTION--~78--FF WITH THE $25-MILLION-FINE OF THE 30% WITH THE COLLECTION-EQUITY-REWARDS OF THE BENEFIT WITH THE QUI-TAM-CLAIMANTS'-PLAINTIFFS'-WITNESSING and: PERFORMANCE-WORK-CONSOLIDATION OF THE CERTIFIED-EVIDENCE and: **C.-S.-S.-C.-P.-S.-G.-**OPERATIONAL-LAWS WITH THE BETWEEN: 15-TO-30%(PERCENT) OF THE EQUITY-FUNDS-COVERED WITH THE DEFENDANTS'-NOW-TIME-FACTS OF THE PAYMENT WITH THE SUCCESSFUL-PLAINTIFF'S-EXPENSES OF THE CORPORATION-CASE WITH THE PLOYMENT-SECURITY OF THE **C.-S.-S.-C.-P.-S.-G.-**STATMENTS WITH THE SENIORITY-STATUS, SPECIAL DAMAGES, and: DOUBLE-BACK-PAY BY THE EVIDENCE-CONFESSION-DOCUMENT-WRONG-DOER-VASSALEES.

~41 FOR THE DUTY-FORCE OF THE FRAUDS **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.-CLOSURE-COVER-ACT:**~20--MAY--~2009 OF THE DAMAGE-CLAIM WITH THE FRAUDULANT-PARSE-SYNTAX-GRAMMAR OF THE FORCE-CLOSURE-ACT(FERA) OF A PUBLIC-SECURITY-LAW. FOR THE CLAIMS OF THE AMENDMENTS **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.-**POSTAL-SERVICE-FEDERAL-CRIMES-ACT(FCA) BY THE AMENDMENTS(YEAR--~1986).

~42 FOR THE CLAIMANTS'-KNOWLEDGE OF THE GOVERNMENTS'-CRIMINAL-MONEY-PAYMENTS(OUT) OR: CRIMINAL-MONEY-CONSPIRACY-COLLECTION-CLAIMS **ARE** WITH THE GOVERNMENTS'-DAMAGE-CLAIM AGAINST THE WRONG-DOER'S-PERSON/VASSALEES-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT-CONTRACT WITH THE FALSE OR: FRAUDULENT-CONTRACTS and: FALSE-CONTRACT-CLAIMS BY THE WRONGDOER-PERSON/VASSALEES.

~43 FOR THE FALSE-CLAIMS-ACT OF THE C.-S.-S.-C.-P.-S.-G.-CHANGES **ARE** WITH THE CORRECTION-CLAIM OF THE FALSE-PARSE-SYNTAX-GRAMMAR-STATEMENTS~(SEE-NUMBER~1-HEREIN OF THIS DOCUMENT), WITH AN EQUITY-DAMAGE OF THE EQUITY-MATERIALS-TAKEN WITH THE CONTRACT-KNOWLEDGE-CERTIFICATION BY THE WRONG-DOER'S-PERSONAL-CONFESSION-DOCUMENTS.

~44 FOR THE DUTY-AUTHORITY-TREATY OF THE **C.-S.-S.-C.-P.-S.-G.-**ATTORNEY-GENERAL'S-POWERS **ARE** WITH THE DOCUMENTATION-CLAIM OF THE FORCE/POWER WITH THE DOCUMENT-EVIDENCE OF THE MATERIAL-CRIMINAL-VIOLATIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENTATION-EVIDENCE.

~45 FOR THE SUPPORTING-OPERATIONAL-TERMS OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT ARE WITH THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT OF THE CALIFORNIA-TERRITORY.

~1 FOR THIS D.-C.-C.-R.-~4: FOR THIS **PROCESS OF THE SERVICE** ~a WITH THE SUMMONS, ~b WITH THE FORM, ~c WITH THE SERVICE OF THE CLAIMS WITH THE KNOWLEDGE OF THE VASSALEES, ~d WITH THE **SUMMONS and: COMPLAINT** BY THE 21-DAYS-CORRESPONDENCE-BACK WITH THE CLERK OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT, ~g WITH THE JOINING-PROOF OF THE SERVICE WITH THE CLERK OF THE COURT, ~h WITH A COURT-SCHEDULING-TIMES BY THE SERVICE, ~j WITHIN THE TIME-LIMIT OF THE TWENTY-ONE-(21)-DAYS-JOINING-ANSWER-BACK-SERVICE WITH THE COMPLAINT and: SUMMONS BETWEEN THE CLAIMANTS and: VASSALEES.

~2 FOR THIS D.-C.-C.-R.-~5 = **WITH THE SERVICE**: ~a WITH THE QUIREMENT; ~d WITH THE CLAIMS OF THE FILING; ~e FOR THIS FILING OF THE COURT-PORT-CLERK'S-KNOWLEDGE IS WITH THE SERVICE-CLAIMS OF THE PERSON WITH AN AGE OF THE GREATER-THAN-EIGHTEEN-YEARS(18)-YEARS WITH THE MATTERS OF THE CORPORATION-CASE.

~3 FOR THIS D.-C.-C.-R.-~6 = **WITH THE TIME**: ~a WITH THE COMPUTATION-FEDERAL-CASES-EVERYDAY-CONTINUANCE WITH THIS COURT, *FEDERAL DISTRICT COURT and: STATE COURTS*. ~d FOR THIS COMPLAINTS and: STATEMENTS OF THIS CORPORATION-CASE **ARE** WITH THE SERVICE OF THE FIVE-DAYS-CLAIMS-NOTICES WITH THE TRIAL BY THE CLAIMANTS and: VASSALEES.

~4 FOR THIS D.-C.-C.-R.-~7 = **WITH THE PLEADINGS**: ~a WITH THE PLEADINGS IN THE C.-S.-S.-C.-P.-S.-G.; ~b FOR THIS COMPLAINT OF THE C.-S.-S.-C.-P.-S.-G.-CLAIMS **ARE** WITH THE DAMAGES BY THE C.-S.-S.-C.-P.-S.-G.-CORRECTION-POSITION. NOTE: FOR THIS CLAIMS OF THE FRAUDS **ARE** WITH THE CLAIMANTS'-COMPLAINT BY THE SUING WITH THE CORRECTIONS BY THE CLEAR-MEANINGS WITH THE WORDS and: CLOSURES WITH THE COMPLAINT AGAINST THE FRAUDULENT-VASSALEE'S-PLEADINGS WITH THE WRITING-CONFESSIONS BY THEIR AUTOGRAPHS.

~5 FOR THIS D.-C.-C.-R.-~8 = **WITH THE CLAIMS OF THE PLEADINGS ARE**:~a WITH THE CLAIMS OF THE DAMAGES BY THE COMPENSATION-FEES, MONEY, and: VALUE[PROPERTY]-C.-S.-S.-C.-P.-S.-G.-CORRECTIONS; ~b WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM; ~c WITH AN OATH-CLAIM IN THE C.-S.-S.-C.-P.-S.-G.-CLAIMS; ~d WITH THE FAILURE OF THE CORRECT-FACTS = :PERJURY, FRAUD, LIES, FRAUDULENT, **PRE**SUMPTIONS, **AS**SUMPTIONS, **O**PINIONS, MODIFICATIONS and: [A]PARTHEID; ~e WITH THE PLEADINGS BY THE CONCISE-MEANINGS and: TERMS OF A **ONE-THOUGHT** IN EVERY SENTENCE WITH THE HE C.-S.-S.-C.-P.-S.-G.-FACT OF ONE **VERB** WITH THE THINKING IN EVERY SENTENCE-SYNTAX.

~6 FOR THIS D.-C.-C.-R.-~9 = **WITH THE PLEADINGS-SPECIAL** ~b WITH THE CLAIMS OF THE FRAUDS **ARE** WITH THE CONDITION, WILL and: VOLITION OF THE MIND; ~e WITH THE JUDGEMENT OF THE FACT WITH THE COMPLAINT BY THE C.-S.-S.-C.-P.-S.-G.-CLAIM, ~f WITH THE NOW-TIME and: NOW-PLACE, ~g FOR THIS NOW-TIME-FACTS **ARE** IN THE C.-S.-S.-C.-P.-S.-G.-DAMAGE-CLAIM BY THE CLAIMANTS.

~7 FOR THIS D.-C.-C.-R.-~10: FOR THIS FORM **OF THE PLEADINGS ARE** WITH THE CLAIMS OF THE CAPTIONS WITH THE COMPLAINT OF THE CORRECT-FACTS, ~b WITH THE NUMBERING OF THE SENTENCES OR: PARAGRAPHS and: PAGES; ~C WITH THE BONDING: GLUEING, STITCHING OR: MECHANICAL-RIVETTING OF THE COMPLAINT.

~8 FOR THIS D.-C.-C.-R.-~11: FOR THIS FRIVOLOUS-FILINGS OF THE VASSALEE-PLEADINGS **ARE** WITH THE DAMAGE-CLAIM OF THE SANCTION WITH THE FRAUDULENT-SYNTAX-COMMUNICATION BY THE COURT-VESSEL-DOCUMENT.

~9 FOR THIS LEGAL-NECESSARY-ELEMENT OF THE RAPE/FEAR **ARE** WITH THE CLAIMS OF THE TORT IN AN ORAL OR: WRITTEN-THREATING-PERSONAL-HARM WITH THE **TITLE-~42: D.-C.-C.-S.-~1985-~3.**

~10 **FOR** AN AUTOGRAPH OF THE LEGAL-COURT-C.-S.-S.-C.-P.-S.-G.-CORRECTIONS **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT OF THE FIVE-DAY-TIME-LIMIT OR: SANCTION-FEES.

~11 FOR THIS C.-S.-S.-C.-P.-S.-G.-SUMMARY-CORRECTIONS OF THE FRAUDULENT-COURT-DOCUMENTS **ARE** WITH THE COLLUSION-CLAIM: **TITLE-~28: CHAPTER-~85:** D.-C.-C.-S.-~1359 BY THE VASSALEE'S-FRAUDULENT-GRAMMAR-FOTRMAT.

~12 FOR THESE SUMMARY-CORRECTIONS **OF THE DOCUMENT-CLAIM-LIST: DOCUMENT-CLAIMS-~12-b:**

~13 FOR THIS D.-C.-C.-R.-~12-~b-~7 OF THE JOINING **ARE** WITH THE CLAIMS OF AN AUTHORITY-JURISDICTION WITH THE AUTHORIZATION BY THE 'LAW OF THE FLAG-DOCUMENT'.

~14 FOR THIS D.-C.-C.-R.-~12-~b-~6 OF THE NOW-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS BY THE C.-S.-S.-C.-P.-S.-G.-DOCUMENTS.

~15 FOR THIS D.-C.-C.-R.-~12-~b-~5 WITH THE CORRECT-PROCESS/LIVERY OF THE CASE-DOCUMENTS **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-CERTIFICATION OF THE COURT-CLERK WITH THE PROCESSING OF THE PAPERWORK WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM OF THE PORT-COURT.

For this Copyright-Copyclaim-Date-~16~MARCH~2012, by this Federal-Judge: David-Wynn: Miller of this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT and: Claimants-Titled-Herein.

~16 FOR THIS **D.-C.-C.-R.-~12-~b-~4**: CORRECT-SERVICES OF THE PAPERWORK **ARE** WITH AN AUTOGRAPH-CANCELATION ON THE UNITED-STATES-POSTAL-SERVICE-STAMP and: END-DORSEMENT WITH THE TOP OF THE COVER-PAGE-BACK WITH THE DOCKETING-PORT-STAMP OF THE PORT-COURT.
~17 FOR THIS **D.-C.-C.-R.-~12-~b-~3 OF THE C.-S.-S.-C.-P.-S.-G.**-VENUE WITH THIS COURT-FILING **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM BY THE PORT-COURT-DOCUMENT-CONTRACT.
~18 FOR THIS **LAW OF THE FLAG ARE** WITH THE CLAIM OF THE SANCTION WITH THE FOREIGN-MODIFICATION WITH THE COLOR, OBJECT OR: SHAPE BY THE FRAUDULENT-MODIFICATION.
~19 FOR THIS TRAPS, TITLES, NAMES, CASE-NUMBERS, ITALIC-WORDS, BOXING, OR: CHANGING-VENUE-JURISDICTION **ARE** WITH THE FRAUDULENT-SYNTAX-GRAMMAR-FORMAT BY A CRIMINAL-MINE.
~20 FOR THIS **D.-C.-C.-R.-~12-~b-~2**: FOR THIS COURT OF THIS DOCUMENT-CORPORATION **IS** WITH THE DOCUMENT-CLAIM BY THE C.-S.-S.-C.-P.-S.-G.-PORT-JOINING-COURT-AUTHORITY-JURISDICTION.
~21 FOR THIS **D.-C.-C.-R.-~12-~b-~1**: FOR THIS KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-FACTS **ARE** WITH THE CLAIMS OF THE FACTS WITH THE CORPORATION-CASE BY THE DOCUMENT-TERMS.
~22 FOR THIS CAUSE OF THE **D.-C.-C.-R.-~9-~b, D.-C.-C.-R.-~12-b, D.-C.-C.-R.-~56-~d,** and: **D.-C.-C.-R.-~7** FOR AN OPERATIONS OF THE TITLE-~42: D.-C.-C.-S.-~1985-~2 WITH THE DAMAGE BY THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-INDICTMENT-CHARGES, WITNESSING and: EVIDENCE.
~23 FOR THIS TITLE-~18: D.-C.-C.-S.-~1621, :FRAUD-FACT and: PERJURY OF AN OATH **IS** WITH AN USE OF THE COERCION WITH THE VIOLATION OF THE TITLE-~18: D.-C.-C.-S.-~1359 WITH THE RAPE OF THE CORRECT-FACTS WITH THE PERSONS/VASSALEES OF AN ACTION WITH THE TITLE-~18: D.-C.-C.-S.-~4 OF THE CORPORATION-CASE, WITH THE PRISON OF THE FRAUDULENT-FELONY WITH THE **F.-S.-G.**-FACTS and: TITLE-~18: D.-C.-C.-S.-~3 IN THE PARTICIPATION WITH THE CRIMINAL-COMMUNICATION BY THE FRAUDULENT-SYNTAX-GRAMMAR-VASSALEES.
~24 FOR THESE DOCUMENT-CLAIMS, CIVIL-CLAIMS, OR: CRIMINAL-CLAIMS WITH THE CASE **ARE** WITH THE DAMAGE-CLAIM BY THE FRAUDULENT-FACT WITH AN OATH OF THE **F.-S.-G.**-FIDUCIARY-OFFICER WITH THE CLAIMS OF THE **F.-S.-G.**/FRAUD-CONCLUSIONS.
~25 FOR THIS POINT-IN-TIME-OATH OF A FIDUCIARY-OFFICE **ARE** WITH THEIR FIRST-DUTY OF THE CORPORATION WITH THE SECOND-DUTY BY AN AUTOGRAPH.
~26 FOR AN ADJECTIVES, PRONOUN OR: VERB-PROCESS IN THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR **ARE** WITH THE PARTICIPATION IN THE **MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341**.
~27 FOR THIS COMPLAINT-JUDGEMENT ON THE PLEADINGS **ARE** WITH THE COMPLAINT OF THE FACTS WITH THE FIRST-Hand:-KNOWLEDGE OF THE F.-S.-G.
~28 FOR THIS **D.-C.-C.-R.-~24 and:** TITLE-~28: D.-C.-C.-S.-~2403 OF THE DOCUMENT-VESSEL **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.**-CHALLENGE OF THE CORRECT-FACTS.
~29 FOR AN OPERATIONAL-CLAIM OF THE UNITED-STATES-DI-STRICT-COURT-BUILDING **IS** WITH AN EQUAL-CLAIM OF THE NEUTRAL-FILING-LOCATION WITHIN THE LOCAL-TERRITORY OF THE PERSONAL-GREVENCES WITH THE **STOPPING and: CORRECTING OF THE PARSE-SYNTAX-GRAMMAR-VIOLATIONS** WITH THE PAPER-VESSEL-WRITTEN-GRIEVENCE OF THE DAMAGES WITHIN THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
~30 FOR THIS TITLE-~18: D.-C.-C.-S.-~1621: FOR THIS CONDITION OF THE MINDS **ARE** WITH THE WILLFUL-VOLITIONS-CLAIMS OF THE PAYMENTS WITH THE WRONGFUL-ACTION BY A PERJURY-OATH.
~31 FOR THIS PERSON'S-KNOWLEDGE OF A DOCUMENT-BREACHES **ARE** WITH THE DAMAGE-CLAIM OF THE DOCUMENT WITH THE PAYING OF THE FEES WITH THE CORPORATION-CASE BY THE DAMAGED-VESSEL: D.-C.-C.-R.-~9-~b: FRAUDULENT-PARSE-SYNTAX-GRAMMAR.
~32 FOR THIS **D.-C.-C.-R.-~38-a**: FOR THIS C.-S.-S.-C.-P.-S.-G.-TRIAL OF THE TWELVE-PERSON-JURY **IS** WITH THE SUMMARY-CORRECTION-CLAIM BY THE DOCUMENT-COURT.
~33 FOR THIS **D.-C.-C.-R.-~41-~a**: **VOLUNTARY**-TERMINATION OF THE FILE-COMPLAINT **IS** WITH THE VOLUNTARY-WITHDRAW OF THE CASE WITH THE KNOWLEDGE OF THE CORRECTIONS WITH THE DOCUMENTS OF AN ORIGINAL-FILING-CASE-CLAIM.
~34 FOR THIS **D.-C.-C.-R.-~49**: FOR THE FACTS OF THIS CASE **ARE** WITH THE CORRECT-FACTUAL-CLAIMS-EVIDENCE OF THE PORT-COURT-POSTAL-VESSEL-POSTAGE-STAMPS.
~35 FOR THIS **D.-C.-C.-R.-~50**: FOR THIS NEW-TRIAL OF THE **'WRIT OF DE NOVO' IS** WITH THE DAMAGE-CLAIM BY THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PLEADINGS.
~36 FOR THIS **D.-C.-C.-R.-~54**: FOR THIS CLAIMS OF THE SUMMARY-CONTRACT-SETTLEMENT-CLAIMS **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THE **CONTRACT-DUTY-JUDGE**.
~37 FOR THE **POSITIONS OF THE WORDS: FOR, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH THRU, EITHER ARE** WITH AN AUTHORITY-JURISDICTION-POSITION-LODIAL-FACT-PHRASE OF THE NOW-TIME-AUTHORITY.
~38 FOR THIS **D.-C.-C.-R.-~55**: OF THE **FAULT-CONTRACT-SETTLEMENT-CLAIM[JUDGEMENT] ARE** WITH THE CORPORATION-CASE OF THE **C.-S.-S.-C.-P.-S.-G.,** WITH THE **FORTY-FIVE-DAY-TRUST-LAW-TIME-LIMIT-PARTICIPATION** OF THE VASSALEES'-CORRESPONDENCE-BACK-PLEADINGS WITH THE FAILURE OF THE C.-S.-S.-C.-P.-S.-G. WITH THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

~39 FOR THIS D.-C.-C.-R.-~56: FOR THIS SUMMARY-CONTRACT-SETTLEMENT-CLAIM BY THE C.-S.-S.-C.-P.-S.-G ARE WITH THE DAMAGE-CLAIMS BY THIS QUO-WARRANTO-COMPLAINT WITH THE VASSALEES'-EVIDENCE BY THIS CORPORATION-CASE.

~40 FOR THIS D.-C.-C.-R.-~57: FOR THIS CLARATORY-CONTRACT-SETTLEMENT-CLAIM OF THE DAMAGES ARE WITH THE CLAIMS OF THE PHYSICAL-EVIDENCE-DAMAGES WITH THE C.-S.-S.-C.-P.-S.-G.-FACTS BY THE PERFECT-FACT-EVIDENCE-JUDGE.

~41 FOR THIS POLICY and: CUSTOM OF THE VASSALEES-DOCUMENT-EVIDENCE ARE WITH THE DAMAGE-CLAIMS AGAINST THE CLAIMANTS WITH THE SUMMARY-CORRECTIONS OF THE VASSALEES'-SYNTAX-GRAMMAR-FRAUD-EVIDENCE ON THIS DATE-~15-~AUGUST-~2011, WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THIS CONTRACT-TREATY-WITNESS-PLENIPOTENTIARY-JUDGE.

~42 FOR AN AUTHORITY-JURISDICTION OF THE DOCUMENT-FACTS ARE WITHIN THE COURT-DOCUMENT-CLAIMS OF THE CORRECT-LODIAL-[ARTICLE] WITH THE CLAIMS OF AN AUTHORITY-JURISDICTION WITH THE CORRECT-POSITIONAL-LODIAL-FACT-PHRASE IN THE NOW-TIME-TENSE WITH THE LODIAL-OWNER OF THE NOW-TIME-TENSE-FACT-WORDS WITH THE C.-S.-S.-C.-P.-S.-G.

~43 FOR THIS TITLE-~42: D.-C.-C.-S.-~1985-~3: FOR THIS BIAS OF THE C.-S.-S.-C.-P.-S.-G.-VESSEL-DOCUMENT ARE WITH THE PERSON-CLAIM OF THE DOCUMENT-STATE-TERRITORY WITH THE CONSPIRING OF THE GUISE, WITH THE VACATING, EITHER THE DIRECTION OF THE PERSON OR: CLASS WITH THE PERSON'S-EQUAL-GUARANTEE OF AN EQUAL-DOCUMENT-CLAIM WITH THE HINDRANCE OF A DOCUMENT-AUTHORITY OR: WITH THE JUDGE/ATTORNEY/PERSONS IN THE PERSON'S-CONSPIRACY WITH THE THREATENING-PERSON BY THE VOTE WITH THE GIVING OF THE PERSON-SUPPORT/ADVOCACY IN THE LEGAL-MANNER, OR: WITH THE DAMAGING OF THE PERSON/PERSON/SELF OR: PROPERTY WITH THE SUPPORT/ [AD]VOCACY IN THE CASE WITH THE CONSPIRACY OF THE TITLE-~42: D.-C.-C.-S.-~1985-~1, WITH THE ONE-OR-MORE-PERSONS' OF THE CIVIL-CONSPIRACY-DAMAGE WITH THE PUBLICATIONS WITHIN THE DOCUMENT-POSTAL-VESSEL.

~44 FOR THIS TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE OF THE DOCUMENT-DUTIES IS WITH THE CLAIM OF THE CORRECTION WITH THE WRONG-SYNTAX-COMMUNICATIONS BY THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT.

~45 FOR AN ACTS OF THE RACKETEERING ARE WITH THE OWNER'S-LODIAL-CLAIMS OF THE FINANCIAL-EQUITY-CLAIM WITH THEIR BUSINESS OF THE MEANS WITH THE THREAT OF A STRONGER-POWERING-FORCE.

~46 FOR THIS TITLE-~42: D.-C.-C.-S.-~1985-~2 WITH THE [OB]STRUCTING OF THE CORRECT-FACTS, WITH THE THREATENING AGAINST A WITNESS WITH THE TWO-OR-MORE-PERSONS IN THE CONSPIRING WITH THE THREATENING OF A PERSON/WITNESS WITH THE POSTION IN THE PORT-COURT-POSTAL-VESSEL OR WITH THE TESTIFYING OF THE MATTER-PENDING WITH THE CASE IN THE PORT-COURT-POSTAL-VESSEL WITH THE WITNESSING OF THE PERSON WITH AN ATTENDING, TESTIFYING, OR: CONVINCING OF THE VERDICT OR: CLAIM WITH THE GRAND-JUROR, IN THE COURT, OR WITH THE DAMAGING OF THE JUROR WITH THE PERSON-SELF-VALUES OF THE CLAIM WITH THE VERDICT OF THE JUDGEMENT WITH THE JUROR-DUTY OF THE TWO-OR-MORE-PERSONS-CONSPIRACY WITH THE OBSTRUCTING OF THE CORRECT-FACTS WITH THE CORPORATION-CASE WITHIN THE PORT-COURT.

~47 FOR THIS JUDGE'S-KNOWLEDGE OF THE FACTS ARE WITH THE DUTY-CLAIM OF THE CORPORATION-DOCUMENT WITH THE PUBLICATION IN THE C.-S.-S.-C.-P.-S.-G. WITH THE CLAIMS OF THE PERSONS, OR: CORPORATIONS WITH THE KNOWLEDGE OF THE PARSE-SYNTAX-GRAMMAR-WORD-MEANINGS WITH THE DOCUMENT-AUTHORITY OF THE PEACEFUL-DUTY WITH THE JUDGE, POSTMASTER, BANK-BANKER, and: CLERK AS THE FIDUCIARY-PERSON.

~48 FOR THIS FRAUD-FACT-PERJURY: FOR THIS MODIFICATION-CLAIM OF THE FACTS WITH THE PERSON'S-KNOWLEDGE IS WITH THE WITNESSING-CLAIM OF THE FACTUAL-EVIDENCE WITH AN OATH OF THE SAFE-GUARD WITH THE DUTY BY THE FIDUCIARY'S-DOCUMENT-CONTRACT-OATH.

~49 FOR THIS FALSE-SWEARING OF THE TIME-LIMITATIONS ARE WITH THE RUNNING-TIME-CLAIM BY THE FIRST-STATEMENT. (3X3X3=27, 3X3X0=0, FACT X FACT = FACT, FACT X LIE = LIE)

~50 FOR THIS 'TORT' OF THE DOCUMENT-CONTRACT-WRONGS ARE WITH THE PERSON'S-CONSPIRACY AGAINST THE DUTIES, PERSONS, DOCUMENT-CONTRACT OR: CONSTITUTION-STATE WITH THE FIDUCIARY'S-KNOWLEDGE OF THE WRONGFUL-PARSE-SYNTAX-GRAMMAR-USE WITH THE THREATENING-FEAR OR: COLORING-FEAR OF THE TITLE-~18: D.-C.-C.-S.-~871.

~51 FOR THIS MOVING-PERSON'S-LARCENY BY THE FRAUD and: CHEATING OF THE VASSALEES-CONTRACT ARE WITH THE DAMAGE OF THE FALSE-CLAIM-ACT: TITLE-31: D.-C.-C.-S.-~3729-~3733-EVIDENCE-GUISE.

~52 FOR THE FRAUDULENT-TAKING OR: POSSESSION OF A PERSON'S-VALUABLES IS WITH THE FRAUDULENT-SYNTAX-GRAMMAR-CLAIM BY THE FIDUCIARY OR: CONFIDENTIAL-PERSON.

~53 FOR THIS BREACH OF THE COMMISSION, OMISSION, DOCUMENT-CONTRACT OF THE DUTY, AUTHORITY, FIDUCIARY, TERMS, CONDITIONS ARE WITH THE DAMAGE-CLAIM BY THIS PERSON.

~54 FOR THE RACKETEERING OF AN ORGANIZATION-CONSPIRACY ARE WITH THE COMMITMENT OF THE CRIMES WITH THE TORT/COERCION and: RAPE OF THE LIFE, PARTY, PERSON, DOCUMENT OR: CORPORATION BEYOND THE POINT OF THE COVERY WITH AN ENGINEERING-DAMAGE BY THE F.-L.-F.

~55 FOR THIS TITLE-~18: D.-C.-C.-S.-~242-~1 FOR THE 2-OR-MORE-PERSON OF THE COMING-TOGETHER WITH THE VOIDING OF A CORRECT-DOCUMENT WITH THE FIDUCIARIES OF THE DOCUMENT-COURT WITH A CASE OF THE LAW, STATUE, ORDINANCE, REGULATION, and: MARTIAL-LAW-METHODS WITH A CASE IN THE DOCUMENT-STATE-**CORPORATION-COURT** WITH THE TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES OR: TREATMENT ON AN [ACCOUNT]LEDGER WITH THE PERSON-BEING-FOREIGN = **VACANT-PUNCTUATION IN THE DEAD-NAME = FRAUDULENT/FOREIGN**, OR WITH THE CLAIMS OF THE PERSON'S-COLOR, RACE, FAITH, OR: SEX **ARE** WITH THE CLAIMS BY THE DOCUMENT-PUNISHMENT.
~56 FOR AN **ADJECTIVE** OF THE COLORFUL-OPINIONS **ARE** WITH THE MODIFICATION OF THE FACT WITH THE TWO-OR-MORE-FACTS-JOINING OF THE TWO-SEPARATE-WORDS WITH THE VACANT-USE OF THE HYPHEN-BETWEEN-THE-WORDS WITH THE LAST-FACT OF THE FACT-PHRASE WITH THE CHANGING OF THE FIRST-FACT-WORD INTO AN ADJECTIVE-WORD-MEANING and: WITH THE ADJECTIVE-CHANGES OF THE SECOND-FACT-WORD INTO THE PRONOUN-SYNTAX-WORD-MEANING.
~57 FOR THIS **DURESS**: VACANT-LAW [ILLEGAL]-PURPOSE/THREAT OF THE PERSON'S-COMPLIANCE **IS** WITH THE THREAT OF THE BEATING, VIOLENCE, EMOTIONAL-PAIN OR: LOSS OF THE FREEDOM WITH THE PRISON OF A PERSON/PARTY WITH THE MENTAL OR: FINANCIAL-HARM BY THE COLLUSION-FORCE: **TITLE-~28: D.-C.-C.-S.-~1359.**
~58 FOR THIS LAWYER OR: ATTORNEY OF THE DOCUMENTING-SERVICES **ARE** WITH THE DAMAGE-CLAIM OF THE **C.-S.-S.-C.-P.-S.-G.**-FAILURE, LOSS OR: DAMAGES WITH THE CLAIM OF THE SERVICES.
~59 FOR THIS **BIAS**: FOR THIS CONCEIVE/OPINION = LEANING-TOWARDS-ONE-SIDE OF THE CAUSE WITH THE CONVICTION OF THE CORRECT-FACTS.
~60 FOR THIS **[DIS]CRIMINATION = [A]PARTHEID**: FOR THIS TREATMENT OF THE PERSON'S-EQUALITY **ARE** WITH THE DAMAGE-CLAIM OF THE NEGLECT WITH THE FAVORING OF THE ONE-PERSON WITH THE APARTHEID OF THE SECOND-PERSON. :TITLE-~VII OF THE ~1964: DOCUMENT-CIVIL-RIGHTS+ACT.
~61 FOR THIS **TITLE-~18: D.-C.-C.-S.-~242**: FOR THIS PERSON OF THE FRAUDULENT-COLORING **ARE** WITH THE DOCUMENT-LAW-STATUTES, ORDINANCE OR: REGULATIONS OF THE DAMAGE-CLAIMS WITH THE DOCUMENT IN THE NOW-TENSE WITH THE DOCUMENT BETWEEN THE TWO-OR-MORE-PERSON WITH THE MANIFESTATIONS OF THE DOCUMENT-STATES-COURT-CORPORATION.
~62 FOR THE CLAIMANTS'-KNOWLEDGE OF THESE HANDYCAPPING-COMMUNICATIONS WITH THE VASSALEE'S-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIM OF THE FRAUDULENT-SYNTAX-GRAMMAR-PAPERS WITH THE VACATING OF THESE FICTIONAL-PAPERS WITH THE SUMMARY-JUDGEMENT-VACATING-SANCTIONS AGAINST THE VASSALEES WITH THE FOUR-TIMES-DAMAGE-PAYBACK OF THE PERSONAL-LOSS, LOSS OF THE FREEDOMS, STANDING IN THE COMMUNITY, and: EMOTIONAL-TRAMA WITH THE VASSALLES'-ATTORNEY'S-PARSE-SYNTAX-GRAMMAR-SECOND-GRADE-WRITING-LEVEL-FRAUD AND WITH AN ACCOUNTING-FINANCIAL-LOSS BY AN AUDIT WITH THESE NEW-COSTS BY THE CLAIMANTS.

:Alvin-ruiz: Pates. ~17~March~2012  :SEAL:
:Alvin: Pates.

:Atef: Afkarian.  :SEAL:
:Atef: Afkarian.

:Mehran-Abazary.  :SEAL:
:Mehran: Abazary.

:David-Wynn: Miller. ~16~March~2012
:David-Wynn: Miller.  :FEDERAL-JUDGE OF THE PARSE-SYNTAX-GRAMMAR-JURISDICTION-VENUE-HEREIN.

:C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-FLAG.     BONDED

WITHIN THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DOCUMENT**

**~A** For the <u>**PARSE-SYNTAX-GRAMMAR-OPERATIONAL-CLOSURE-STATEMENT-CLAIMS**</u>:

**~B** For an <u>ADVERB-SYNTAX-GRAMMAR</u> **IS** with the MODIFIER-CLAIM of an **<u>ADVERB-SYNTAX-GRAMMAR</u>**, <u>**VERB-SYNTAX-GRAMMAR**</u>, <u>**ADJECTIVE-SYNTAX-GRAMMAR-CONNECTS**</u> TO the <u>**PRONOUN-SYNTAX-GRAMMAR**</u>;

**~C** For the <u>**VERB-SYNTAX-GRAMMAR**</u> "IS/ARE" **ARE** For the <u>**THINKING-VERB**</u> of a FACT, HOWEVER, IN the <u>**FRAUD-SYNTAX-GRAMMAR**</u> with the <u>**SYNTAX-GRAMMAR-OPERATION-CHANGING**</u> INTO the <u>**ADVERB, VERB, or: PRONOUN**</u>;

**~D** For an <u>**ADJECTIVE-SYNTAX-GRAMMAR**</u> **IS** with the MODIFIES of the FACT INTO a PRONOUN by the COLORING or: CHANGING of the FACT by the MODIFICATION;

**~E** For the PRONOUN-<u>SYNTAX-GRAMMAR</u> IS with the MEANING: 'NO-NO-NO" of the <u>WORD-CHANGING-SYNTAX-GRAMMAR-WORD-TERM-MEANING</u> without a <u>**RESCISSION-TERM-CONTRACT-CLOSURE-STATEMENT-CLAIM**</u> or: <u>**MODIFICATION-OPINION-MEANING-GUISE**</u>;

**~F** For the POSITION **IS** with the TERM, MEANING, CONTRACT-GUISE, SPELLING, ALPHBET, of the <u>CONTRACT-OPERATIONS</u> of the <u>LODIAL-OWNERSHIP</u> with the <u>**FACT-PHRASE**</u>;

**~G** For the [ARTICLE]**LODIAL IS** with the <u>**POSITIONAL-LODIAL-FACT-PHRASE**</u> of each <u>WORD-FACT</u>;

**~H** For the FACT **IS** with the <u>**CORRECT-POSITIONAL-LODIAL-FACT-PHRASE**</u> of each <u>WORD-FACT-PHRASE</u> within the <u>NOW-TIME-ONE-THOUGHT</u>;

**~I** For the PAST-TIME-TENSE **IS** with the VOID of the NOW-TIME;

**~J** For the **FUTURE-TIME-TENSE** IS with the FICTION of a <u>VOID-FUTURE-MOMENT-TIME-FICTION</u>, For the CONJUCTION: 'and/or' **ARE/IS** with an **and**: <u>COMMAND-JOINING</u> and: with an '**OR**' as an OPTION with the CHOISE between the <u>TWO-or-MORE-FACTS</u> and: <u>VOID-MODIFYING-VALUES</u>.

For the <u>COPYRIGHT-COPYCLAIM-DATE~2~JANUARY~2000</u> by the <u>FEDERAL-JUDGE: David-Wynn: Miller</u> of this <u>DOCUMENT-CONTRACT-POSTAL-VESSEL-WORLD-CORPORATION</u> with the <u>CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-MATHIMATICAL-CERTIFICATION-CLAIM</u>.

## CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Atef~Afkarian, Mehrana Abazang, Alvin-ruiz:Pates; David-wynn: Miller

### DEFENDANTS
POORANG HASHEMI, NOORJAHAN HASHEMI, ANDERSEN, HILBERT & PARKER, LLP, DAVID M. PARKER, CORRINA S. ARBITER, DEUTSHE BANK, TFLG A LAW CORPORATION, NOAH M. BEAN, ERIC G. FERNAND, S. EDWARD SLAB

(b) County of Residence of First Listed Plaintiff _____
   (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
   (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED MAR 26 2012 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
8300 Station Village Ln #3 San Diego CA 92108

Attorneys (If Known)
12CV0720 JLS BLM

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)
QUO-WARRANTO COMPLAINT - FRAUDULENT SYNTAX GRAMMA[R]

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 42 USC 1986, TITLE 15 USC -1692-E, TITLE 31 USC DCCS 3729
Brief description of cause:
KNOWLEDGE OF FALSE AND MISLEADING STATEMENTS

### VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 03/26/12
SIGNATURE OF ATTORNEY OF RECORD
:Atef:Afkarian-

**FOR OFFICE USE ONLY**

RECEIPT # CA036800 AMOUNT $350.00 APPLYING IFP ✓ JUDGE _____ MAG. JUDGE _____

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS036850
Cashier ID: nsiefken
Transaction Date: 03/26/2012
Payer Name: ATEF AFKARIAN
-----------------------------------
CIVIL FILING FEE
 For: ATEF AFKARIAN
 Case/Party: D-CAS-3-12-CV-000720-001
 Amount:      $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00


There will be a fee of $53.00
charged for any returned check.
```